# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

## STATESBORO DIVISION

OGEECHEE-CANOOCHEE    )
RIVERKEEPER, INC.,      )
           )
   Plaintiff,      )
           )
v.            )   Case No. CV612-058
           )
KING AMERICA FINISHING, INC.,  )
           )
   Defendant.     )

## O R D E R

Before the Court is the parties' Fed. R. Civ. P. 26(f) report.  Both sides ask the Court to stay all discovery deadlines pending the Court's ruling on defendant's motion to dismiss.  (Doc. 18 (Rule 26(f) report); *see* doc. 15 (defendant's motion to dismiss).)  Courts in this circuit have granted such motions to stay where the "resolution on the pending motion to dismiss may extinguish some or all of the claims . . . potentially restricting the scope of discovery significantly."  *White v. Georgia*, 2007 WL 3170105 at *2 (N.D. Ga. Oct. 25, 2007).  Having taken a preliminary peek at the motion to dismiss, the Court is satisfied

that a stay is appropriate. *Feldman v. Flood*, 176 F.R.D. 651, 652-53 (M.D. Fla. 1997). Consequently, the parties' request to stay discovery is **GRANTED**. Should the Court deny defendant's motion to dismiss, the parties shall submit a proposed scheduling order within 14 days of the Court's entry of the order denying defendant's motion.

**SO ORDERED** this _26th_ day of November, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA